**Exhibit F**

# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**
### This is not an Invoice



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1762585 | Date: |
|---|---|---|

| | |
|---|---|
| Customer Randazza Legal Group | Attorney Marc J Randazza |
| Customer No. 0066702 | Attorney e-mail mjr@randazza.com |
| Address 3969 Fourth Avenue, Suite 204 | Contact Jason A Fischer |
| San Diego, CA 92103 | Contact e-mail jaf@randazza.com |
| | Contact Phone 888-667-1113 Ext 3 |
| | Contact Fax 305-437-7662 |
| | Law Firm File Number 107.01 |

**Case Information:**

Case Number 2:11-cv-01064-FJM
County
Court United States District Court, District of Arizona
Case Short Title Lurie, et al. vs. AirFX, LLC

| Documents Received: | No. Docs: 3 | No. Pgs: 68 |
|---|---|---|

Summons; Complaint and Exhibits

Party to Serve: AirFX, LLC        Service address: 251 East Ohio Street Suite 500

Confirmation Report. **DO NOT PAY.** An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Original Affidavit to follow in the mail. TO<br>Service Status: Served | CT-CSC<br>Notary | 83.00<br>10.00 |
| Services will be Invoiced later. | **DO NOT PAY.** Total: | 93.00 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.