# Exhibit G

**RANDAZZA** LEGAL GROUP

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

www.randazza.com

**Miami**
2 S. Biscayne Blvd.
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Las Vegas**
6525 W. Warm Springs Rd.
Suite Number 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**San Diego**
187 Calle Magdalena
Suite Number 114
Encinitas, CA 92024
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
**Jason A. Fischer, Esq.**
jaf@randazza.com

**Reply to Miami Office via
Email or Fax**

September 3, 2011

Via Fax and Email
chris@caliberip.com
david@caliberip.com
312-277-9002

Christopher Haigh, Esq.
David Oskin, Esq.
Caliber IP, LLC
150 N. Michigan Avenue, Suite 2800
Chicago, Illinois 60601

> Re:   *Invoice for Service of Process Costs and Fees*
> *Airfx.com et al v. AirFX, LLC*
> *D. Arizona Case No. 2:11-cv-01064*

Dear Attorneys Haigh and Oskin:

Provided herewith for your review and immediate payment is an invoice detailing our client's costs and fees incurred in affecting service of process in the above-cited lawsuit.  Based on your client's failure to waive formal service, after receiving a proper request therefor, we were forced to spend attorney time and to engage the services of a process server in order to perfect service of the summons, complaint, and associated exhibits.  According to the Federal Rules of Civil Procedure, as well as the relevant case law interpreting and applying the same, this factual scenario subjects AirFX, LLC, to immediate liability for these costs and fees.[1]

Should you choose to ignore this letter and invoice, you should be aware that we will move the Court, pursuant to Federal Rule of Civil Procedure 4(d)(2), for an Order requiring payment of not only the attached invoice, but additional

---

[1] *See, e.g., U.S. Engine Prod. v. AGCS Marine Ins. Co.*, 769 F. Supp. 2d 626, 629 (S.D.N.Y. 2011); *Spivey v. Bd. of Church Extension & Home Mission of the Church of God*, 160 F.R.D. 660, 663 (M.D. Fla. 1995) ("[T]he rules are not designed to require a factual inquiry prior to making a determination of whether to grant a motion for costs for failure to waive service.  If the plaintiff properly complies with all of the requirements of Rule 4(d)(2), then costs are awarded."); *Double "S" Truck Line, Inc. v. Frozen Food Express*, 171 F.R.D. 251 (D. Minn. 1997) (finding award of fees and costs under 4(d)(2) is not premature prior to final judgment); *Marcello v. Maine*, 238 F.R.D. 113 (D. Me. 2006) (same); *Butler v. Crosby*, 2005 U.S. Dist. LEXIS 41835, 2005 WL 390740 (M.D. Fla. 2005) (same).

fees we incur preparing and arguing our motion.[2]  If payment in full is not received by 5:00 p.m. MST on September 9, 2011, we will take this as an affirmative representation that you and your client intend to continue refusing to comply with the plain language of Rule 4.

Best regards,

Jason A. Fischer

---

[2] The prior-cited opinions note that the Rule "makes abundantly clear that a defendant's duty to avoid unnecessary costs of service is not related to the merits of the underlying case and, therefore, there is no cause to delay an award of costs even when . . . the Plaintiff's claim [may be] without merit." *Double "S"*, 171 F.R.D. at 253; *Marcello*, 238 F.R.D. at 116.  Accordingly, our motion will be timely, even during the pendency of your motion to dismiss.  *Double "S"*, 171 F.R.D. at 253; *Marcello*, 238 F.R.D. at 116.

# Randazza Legal Group - Client Summary

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| **AIRFX - Marc Lurie** | | | | | | | |
| **Jason Fischer** | | | | | | | |
| 07/04/2011 | Rule 4 Issues | Printing costs for complaint, exhibits, service waiver, and pre-paid return envelope. | $29.05 ea | 1 | $29.05 | $29.05 | 0 |
| 07/04/2011 | Rule 4 Issues | Postage for service waiver. | $7.35 ea | 1 | $7.35 | $7.35 | 0 |
| 07/04/2011 | Rule 4 Issues | Receipt and review of email exchange concerning strategy for sending service waiver; prepare service waiver; draft of cover letter for service waiver; print two copies of service waiver, one copy of complaint and exhibits; travel to post office and mail service waiver with cover letter, copy of complaint, and postage paid return envelope. | $300.00 hr | 0.9 | 0.9 | $270.00 | 0 |
| 07/22/2011 | Rule 4 Issues | Email exchange with client concerning status of suit and strategies for completing service. | $300.00 hr | 0.4 | 0.4 | $120.00 | 0 |
| 07/23/2011 | Rule 4 Issues | Review file; draft and transmit email to client attaching service waiver documents. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/01/2011 | Rule 4 Issues | iChat conference concerning status of service. | $300.00 hr | 0.1 | 0.1 | $30.00 | 0 |
| 08/02/2011 | Rule 4 Issues | Exchange emails with client concerning strategies for completing service. | $300.00 hr | 0.1 | 0.1 | $30.00 | 0 |
| 08/02/2011 | Rule 4 Issues | Telephone conference with client concerning service options and related rules; email exchange concerning same. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/08/2011 | Rule 4 Issues | Exchange emails with client concerning status of service task. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/10/2011 | Rule 4 Issues | Prepare and submit formal service job to process server; draft and transmit status update to client. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |
| 08/11/2011 | Rule 4 Issues | Fee paid to process server | $93.00 ea | 1 | $93.00 | $93.00 | 0 |
| 08/11/2011 | Rule 4 Issues | Receipt and review of email confirming completion of formal service; draft and transmit status update email. | $300.00 hr | 0.2 | 0.2 | $60.00 | 0 |
| 08/15/2011 | Rule 4 Issues | Receipt and review of email from opposing counsel concerning attempted waiver of service; iChat conference concerning effectiveness of waiver and dates of formal service; prepare and file proof of formal service; set up calendar event for responsive pleading due date. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 08/31/2011 | Rule 4 Issues | iChat conference concerning strategy for seeking payment for service by defendants for violation of Rule 4; begin compiling invoice reflecting service-related costs. | $300.00 hr | 0.5 | 0.5 | $150.00 | 0 |
| 09/02/2011 | Rule 4 Issues | Initial draft of letter demanding payment of costs and fees for formal service of summons and complaint. | $300.00 hr | 0.7 | 0.7 | $210.00 | 0 |
| 09/03/2011 | Rule 4 Issues | Review and revise draft of letter concerning payment of service of process costs and fees; generate invoice for costs and fees associated with service of summons, complaint, and exhibits; finalize, email, and fax letter. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |
| | | *Total Labor For Jason Fischer* | | **5.60** | **5.60** | **$1,680.00** | **0.00** |
| | | *Total Expense For AIRFX - Marc Lurie* | | | **$129.40** | **$129.40** | |
| | | *Total For AIRFX - Marc Lurie* | | | | **$1,809.40** | |
| **Marc Randazza** | | | | | | | |
| 07/07/2011 | Rule 4 Issues | Research concerning potential for fee shifting and fee collection from defendants. Confer with JAF regarding service. | $425.00 hr | 1 | 1 | $425.00 | 0 |
| 07/22/2011 | Rule 4 Issues | Email exchange re service | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| 08/01/2011 | Rule 4 Issues | Review file regarding deadlines and service. | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| 08/11/2011 | Rule 4 Issues | Email exchange regarding service of process. | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| | | *Total Labor For Marc Randazza* | | **1.3** | **1.3** | **$467.50** | **0** |
| | | *Total Expense For AIRFX - Marc Lurie* | | | **$0.00** | **$0.00** | |
| | | *Total For AIRFX - Marc Lurie* | | | | **$467.50** | |
| | | **Total Labor For AIRFX - Marc Lurie** | | **6.9** | **6.9** | **$2,276.90** | |
| | | **Total Expense For AIRFX - Marc Lurie** | | | **$129.40** | **$129.40** | |
| | | **Total For AIRFX - Marc Lurie** | | | | **$2,406.30** | |
| | | **Grand Totals Labor:** | | **6.9** | **6.9** | **$2,276.90** | **0** |
| | | **Grand Totals Expense:** | | | **$129.40** | **$129.40** | |
| | | **Grand Totals:** | | | | **$2,406.30** | |