**Exhibit H**

# Randazza Legal Group - Client Summary

Client : AIRFX - Marc Lurie | Project : 107.02-Rule 4 Issues | User : All Users | AccountManager : All | clientType : All | Ticket Type : All Matter Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Project | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| **AIRFX - Marc Lurie** | | | | | | | |
| **Jason Fischer** | | | | | | | |
| 07/04/2011 | Rule 4 Issues | Printing costs for complaint, exhibits, service waiver, and pre-paid return envelope. | $29.05 ea | 1 | $29.05 | $29.05 | 0 |
| 07/04/2011 | Rule 4 Issues | Postage for service waiver. | $7.35 ea | 1 | $7.35 | $7.35 | 0 |
| 07/04/2011 | Rule 4 Issues | Receipt and review of email exchange concerning strategy for sending service waiver; prepare service waiver; draft of cover letter for service waiver; print two copies of service waiver, one copy of complaint and exhibits; travel to post office and mail service waiver with cover letter, copy of complaint, and postage paid return envelope. | $300.00 hr | 0.9 | 0.9 | $270.00 | 0 |
| 07/22/2011 | Rule 4 Issues | Email exchange with client concerning status of suit and strategies for completing service. | $300.00 hr | 0.4 | 0.4 | $120.00 | 0 |
| 07/23/2011 | Rule 4 Issues | Review file; draft and transmit email to client attaching service waiver documents. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/01/2011 | Rule 4 Issues | iChat conference concerning status of service. | $300.00 hr | 0.1 | 0.1 | $30.00 | 0 |
| 08/02/2011 | Rule 4 Issues | Exchange emails with client concerning strategies for completing service. | $300.00 hr | 0.1 | 0.1 | $30.00 | 0 |
| 08/02/2011 | Rule 4 Issues | Telephone conference with client concerning service options and related rules; email exchange concerning same. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/08/2011 | Rule 4 Issues | Exchange emails with client concerning status of service task. | $300.00 hr | 0.3 | 0.3 | $90.00 | 0 |
| 08/10/2011 | Rule 4 Issues | Prepare and submit formal service job to process server; draft and transmit status update to client. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |
| 08/11/2011 | Rule 4 Issues | Fee paid to process server | $93.00 ea | 1 | $93.00 | $93.00 | 0 |
| 08/11/2011 | Rule 4 Issues | Receipt and review of email confirming completion of formal service; draft and transmit status update email. | $300.00 hr | 0.2 | 0.2 | $60.00 | 0 |
| 08/15/2011 | Rule 4 Issues | Receipt and review of email from opposing counsel concerning attempted waiver of service; iChat conference concerning effectiveness of waiver and dates of formal service; prepare and file proof of formal service; set up calendar event for responsive pleading due date. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |
| 08/31/2011 | Rule 4 Issues | iChat conference concerning strategy for seeking payment for service by defendants for violation of Rule 4; begin compiling invoice reflecting service-related costs. | $300.00 hr | 0.5 | 0.5 | $150.00 | 0 |
| 09/02/2011 | Rule 4 Issues | Initial draft of letter demanding payment of costs and fees for formal service of summons and complaint. | $300.00 hr | 0.7 | 0.7 | $210.00 | 0 |

| Date | Project | Description | Rate/Unit Price | Labor Time/Quantity | Billable Time/Cost Price | Bill Amt/Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 09/03/2011 | Rule 4 Issues | Review and revise draft of letter concerning payment of service of process costs and fees; generate invoice for costs and fees associated with service of summons, complaint, and exhibits; finalize, email, and fax letter. | $300.00 hr | 0.6 | 0.6 | $180.00 | 0 |
| 09/04/2011 | Rule 4 Issues | Receipt and review of email response from opposing counsel concerning service waiver; exchange emails concerning strategy for motion seeking fees and costs for service of process. | $300.00 hr | 0.5 | 0.5 | $150.00 | 0 |
| 09/09/2011 | Rule 4 Issues | Draft and transmit email to client concerning strategy for motion seeking fees for failure to waive service. | $300.00 hr | 0.2 | 0.2 | $60.00 | 0 |
| 09/20/2011 | Rule 4 Issues | Legal research concerning the standards for fee and cost award under Rule 4(d)(2); begin outline of motion and memo for 4(d)(2) fees and costs. | $300.00 hr | 1.8 | 1.8 | $540.00 | 0 |
| 09/20/2011 | Rule 4 Issues | Begin draft of motion for fees and costs under Rule 4(d)(2) and supporting memorandum of law; begin draft of declaration concerning facts related to sending service waiver and achieving in-person service of complaint and summons. | $300.00 hr | 0.7 | 0.7 | $210.00 | 0 |
| 09/21/2011 | Rule 4 Issues | Finish draft of declaration concerning facts related to service waiver and formal service; finish draft of memorandum of law in support of motion for 4(d) fees and costs; prepare exhibits to motion; prepare final invoice of fees and costs; prepare draft declaration for Attorney Beth Hutchens concerning reasonableness of invoice; prepare draft declaration for Chad Belville concerning reasonability of invoice. | $300.00 hr | 2.4 | 2.4 | $720.00 | 0 |
| | | Total Labor For Jason Fischer | | 11.20 | 11.20 | $3,360.00 | 0.00 |
| | | Total Expense For AIRFX - Marc Lurie | | | $129.40 | $129.40 | |
| | | Total For AIRFX - Marc Lurie | | | | $3,489.40 | |

**Marc Randazza**

| Date | Project | Description | Rate/Unit Price | Labor Time/Quantity | Billable Time/Cost Price | Bill Amt/Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|
| 07/07/2011 | Rule 4 Issues | Research concerning potential for fee shifting and fee collection from defendants. Confer with JAF regarding service. | $425.00 hr | 1 | 1 | $425.00 | 0 |
| 07/22/2011 | Rule 4 Issues | Email exchange re service | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| 08/01/2011 | Rule 4 Issues | Review file regarding deadlines and service. | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| 08/11/2011 | Rule 4 Issues | Email exchange regarding service of process. | $425.00 hr | 0.1 | 0.1 | $42.50 | 0 |
| | | Total Labor For Marc Randazza | | 1.3 | 1.3 | $467.50 | 0 |
| | | Total Expense For AIRFX - Marc Lurie | | | $0.00 | $0.00 | |
| | | Total For AIRFX - Marc Lurie | | | | $467.50 | |
| | | **Total Labor For AIRFX - Marc Lurie** | | **12.5** | **12.5** | **$3,956.90** | |
| | | **Total Expense For AIRFX - Marc Lurie** | | | **$129.40** | **$129.40** | |
| | | **Total For AIRFX - Marc Lurie** | | | | **$4,086.30** | |
| | | **Grand Totals Labor:** | | **12.5** | **12.5** | **$3,956.90** | **0** |
| | | **Grand Totals Expense:** | | | **$129.40** | **$129.40** | |
| | | **Grand Totals:** | | | | **$4,086.30** | |