# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AIRFX.com; Marc Lurie, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs/Counter-Defendants, | CV11-1064-PHX-FJM |
| v. | |
| AirFX LLC, | |
| Defendant/Counter-Claimant. | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the plaintiffs/counter-defendants and against defendant/counter-claimant on (1) plaintiffs' claim for reverse domain name hijacking; (2) defendant's counterclaim for trademark infringement; and (3) defendant's counterclaim for cybersquatting in violation of the ACPA. That the domain name www.airfx.com not be transferred to defendant, but instead, must remain registered with plaintiffs.

JUDGMENT ENTERED this 24th day of August 2012.

BRIAN D. KARTH
District Court Executive/Clerk

s/   D. Taylor
By: Deputy Clerk

cc: (all counsel)