**EXHIBIT C**

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255


Marc Lurie

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

March 1, 2012

| | |
|---|---|
| File #: | 1096-002 |
| Inv #: | 1699 |

**Attention:** Marc Lurie

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-27-12 | Review and revise responses to requests for admission and interrogatories; multiple telephone calls with client regarding same; review motion to withdraw response to motion for partial summary judgment. | 2.00 | 600.00 | SU |
| Jan-30-12 | Review complaint, amended complaint, answer and counterclaim, correspondence file and discovery. | 1.50 | 450.00 | SU |
| | Review of various e-mail communications between SU and client. Review and process document nos. 20, 55, 57, 62, 64 & 65 provided by client into system. E-mail correspondence to Beth Hutchens re: Substitution of Counsel. Retrieve copy of court Docket Report. Review and process letter from Beth Hutches into system. Prepare initial draft of Notice of Substitution of Counsel. | 3.00 | N/C | PN |
| Jan-31-12 | Review to dismiss, opposition, reply and supporting papers; review NAF decision; review rule 4 motion for fees and costs; review order denying motion to dismiss; review scheduling orders; review motion to dismiss counterclaims and partial answer to counterclaims, opposing papers and motions and court order; review motion to compel responses to RFA's and supporting and opposing documents; review corporate disclosure statements; review motion to amend complaint and supporting and opposing papers; review order granting partial motion to dismiss, settlement conference order; review motion to dismiss by Juno and Pedal Logic, supporting and opposing papers; review all summary judgment papers; telephone call with D. Oskin regarding discovery; telephone call with J. Devoy regarding ▮▮▮▮ | 3.80 | 1,140.00 | SU |

| | | | | |
|---|---|---|---|---|
| | Revise and finalize Stipulation for Substitution of Counsel.  Forward copy of Stipulation as signed by Mr. Lurie to B. Hutchens for signature.  Review approximately 57 pleadings (with attachments) filed with the Court.  Review of discovery requests and responses.  Review of subpoenas issued and some production filed.  Update document management system with dates of every motion, response and reply filed. | 3.50 | 525.00 | PN |
| Feb-01-12 | Extensive telephone calls with M. Lurie regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone call with M. Randazza regarding▓▓▓▓ | 1.80 | 540.00 | SU |
| | Review of e-mail from Beth Hutchens▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Telephone call with client.  Review of subpoenas issued and create list re same.  Continued review of documents provided by Randazza Legal Group & client for processing into system. | 1.70 | N/C | PN |
| Feb-02-12 | Prepare responses to requests for admission to Pedal Logic and Juno Holdings; prepare responses to interrogatories to Pedal Logic and Juno Holdings; prepare responses to first set of requests for production of documents to Pedal Logic and Juno Holdings; multiple telephone calls with M. Lurie regarding▓▓▓ email correspondence with B. Hutchins regarding | 2.80 | 840.00 | SU |
| | Review of numerous e-mail communications regarding substitution/notice of appearance/motion to withdraw.  Review Answer to Amended Complaint (#67).  Review of filed pleadings to determine if Affidavit of Temmerman has been previously produced.  Review of e-mail communications concerning status of depositions of Fink, Temmerman, Elliott and Schwindt.  Prepare verifications for Marc Lurie to attach to interrogatory responses for Juno and Pedal Logic.  Prepare detailed schedule of discovery requests & responses.   Review Response to Motion to Partial Summary Judgment filed by Oskini (#68), telephone conference with client▓▓▓▓▓▓and e-mail to SU ▓▓▓▓▓▓▓▓  Telephone call with client regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓for Pedal Logic, make change and e-mail to SU re same. | 4.00 | N/C | PN |
| Feb-03-12 | Review and revise Juno Holdings' response to requests for production; review and finalize all discovery responses; multiple telephone calls with client ▓▓▓▓▓▓▓▓▓eview defendants' 'new' response to motion for summary judgment. | 1.50 | 450.00 | SU |
| Feb-06-12 | Draft letter to D. Oskin regarding depositions. | 0.20 | 60.00 | SU |
| Feb-07-12 | Telephone call with D. Oskin regarding deposition dates; review Lurie affidavit; strategy regarding items to be completed. | 0.60 | 180.00 | SU |
| | Review receipt for purchase of demandsecurity.com and purchase of unifiedsecurity.com.  Review e-mail from | 0.60 | N/C | PN |

Randazza to Oskin re Fink depo. E-mail copies of
discovery responses to Juno and Pedal to Oskin via
yousendit.com.

| Date | Description | | | |
|---|---|---|---|---|
| Feb-08-12 | Draft response to motion to withdraw response to motion for summary judgment and motion to strike; legal research and review of cases regarding same; draft Urias declaration regarding same; draft proposed order regarding same; finalize documents for filing. | 2.40 | 720.00 | SU |
| | Review of e-mails from Oskin re document production and download documents from dropbox site. Review Motion to Withdraw as Counsel filed by Randazza Law Group & ▬▬▬▬ Finalize response to motion to withdraw and motion to strike response to motion for partial summary judgment and assist SU with e-filing of same with District Court. Mail and e-mail copies of pleadings to Oskin. | 0.50 | 75.00 | PN |
| Feb-09-12 | Draft objection to subpoena and deposition notice of B. Fink; draft objection to deposition notice of M. Lurie; review defendant's discovery demands. | 0.50 | 150.00 | SU |
| | Review of e-mail from client regarding ▬▬▬▬ review of filings and responsive e-mail to client. Review client's notes regarding ▬▬ Review document production received from Oskin and create schedule of documents produced. | 1.00 | 150.00 | PN |
| Feb-15-12 | Email communications with D. Oskin regarding depositions; telephone call with client ▬▬▬ | 0.30 | 90.00 | SU |
| | Review of Court docket report re withdrawal of Docket #62 and ▬▬▬▬ Review of Court docket report re status of Randazza Withdrawal as Counsel. Review of Court's Scheduling Order and Court Deadline/Hearings Report and update document management system with deadline dates. Continued review of documents provided by Randazza and Oskin. Location production Lurie 10001-10150 and rename all documents. Revise schedule of discovery requests and responses. Bate stamp documents produced by Pacesetter, Alesis, MicroMedical, and Domains by Proxy. Revise schedule of subpoenas. | 2.00 | N/C | PN |
| Feb-16-12 | Telephone call with D. Oskin regarding deposition scheduling; email correspondence with D. Oskin regarding deposition scheduling; email correspondence with client regarding ▬▬ telephone call with client regarding ▬▬▬▬ telephone call with L. Grossman regarding same; review Martone's sanctions decision in Larson case; telephone call with M. Randazza regarding ▬▬▬▬ | 1.20 | 360.00 | SU |
| | Review response filed by Oskin and ▬▬▬▬ Review of e-mail communications concerning deposition date and providing Buzz with | 0.30 | N/C | PN |

copy of transcript.    Continued review of documents provided by client and Randazza.  Revise schedule of subpoenas.  Conference with SU re █████████

| | | | | |
|---|---|---|---|---|
| Feb-22-12 | Additional review of files provided by client and Oskin for missing production and create detailed schedule of documents produced. | 0.50 | 75.00 | PN |
| Feb-23-12 | Finalize Schedule of Lurie Production.  E-mail █████ ████████████Review of discovery guide and attempt to consolidate information onto one Excel sheet.  E-mail to client regarding████Telephone call with client re█████████████████████Send client███████████ Send client██████████ ███████████████Review of e-mail from client regarding ██████████████████Telephone conference with client. | 0.30 | 45.00 | PN |
| Feb-27-12 | Draft RFP's to defendant; review prior written discovery responses; review declarations and affidavits submitted by defendant regarding same; telephone call with D. Oskin regarding Lurie deposition. | 2.00 | 600.00 | SU |
| Feb-28-12 | Draft interrogatories; review former interrogatories; review declarations and other verified documents regarding same; review court's scheduling order regarding dispositive motions; draft deposition notices for J. Schwindt and corporate representative. | 2.50 | 750.00 | SU |
| Feb-29-12 | Finalize discovery demands and deposition notices for service; telephone call to D. Oskin regarding depositions of Schwindt and corporate entity. | 0.30 | 90.00 | SU |
| | Totals | 40.80 | $7,890.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-31-12 | Photocopy Expense | 21.45 |
| | One-time set up fee | 50.00 |
| | Westlaw Research | 44.98 |
| Feb-21-12 | Subpoena | 5.34 |
| Feb-29-12 | Facsimile Expense | 1.00 |
| | Photocopy Expense | 20.55 |
| | Postage Expense | 7.53 |
| | Westlaw Research | 90.30 |
| | Totals | $241.15 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,131.15** |
| Trust Transferred at Billing | 7,500.00 |

**Balance Now Due**                                              **$631.15**

Taxpayer I.D. No.        20-8207839

## PAYMENT DETAILS

Mar-01-12        Payment for invoice: 1699                              7,500.00

**Total Payments**                                              **$7,500.00**

**TRUST STATEMENT**

| | | Disbursements | Receipts |
|---|---|---|---|
| Feb-02-12 | Received From: Marc Lurie<br>Advance Fee Deposit | | 7,500.00 |
| Mar-01-12 | Paid To: Urias Law Offices, PLLC<br>Payment for invoice: 1699 | 7,500.00 | |
| | Total Trust | $7,500.00 | $7,500.00 |
| | **Trust Balance** | | **$0.00** |

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255

Marc Lurie                                                                    April 1, 2012

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

|  |  |
|---|---|
| File #: | 1096-002 |
| Inv #: | 1720 |

**Attention:**   Marc Lurie

**RE:**   AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-28-12 | Review of client e-mails regarding ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Assemble identified documents and bates label. Letter to D. Oskin producing supplemental production. Update schedule of production. | 0.80 | 120.00 | PN |
| Feb-29-12 | Finalize discovery requests and deposition notices and calendar response dates. Prepare Certificate of Service. Telephone call from D. Oskin regarding depositions. | 1.00 | 150.00 | PN |
| Mar-05-12 | Prepare for deposition of M. Lurie. | 1.00 | 300.00 | SU |
| Mar-06-12 | Attend deposition of M. Lurie; meet with M. Lurie regarding ▮▮▮ prepare notice of deposition of C. Haigh. | 6.80 | 2,040.00 | SU |
|  | Finalize Notice of Deposition of Chris Haigh. Review Certificate of Service of discovery requests and deposition notices from It's Your Serve and attach copy of Certificate to each discovery request. | 0.40 | 60.00 | PN |
| Mar-07-12 | Telephone call with D. Oskin regarding settlement. | 0.20 | 60.00 | SU |
| Mar-08-12 | Review settlement conference order; telephone call to D. Oskin regarding same. | 0.20 | 60.00 | SU |
| Mar-09-12 | Telephone call with D. Oskin regarding settlement conference; review orders granting motion to dismiss Pedal Logic and Juno Holdings and denying motion to withdraw; telephone call with M. Lurie regarding ▮▮▮▮▮▮▮▮▮ | 0.60 | 180.00 | SU |
| Mar-12-12 | Telephone call with client re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Review settlement conference memo. | 1.00 | 150.00 | PN |

|  | Telephone call with Judge's office re: settlement conference. Telephone call with David Oskin re dates. Telephone call with client re ▆▆▆▆ Prepare stipulation to continue settlement conference and e-mail to Oskin. Review and file stiipulation and proposed form of Order. |  |  |  |
|---|---|---|---|---|
| Mar-15-12 | Preparation of amended notices of deposition for Schwindt and AirFX. Review of settlement conference order for deadline dates. Update document management system with deadlines assoicated with settlement conference. Review of Randazza's Motion and compare to terms of Court's orders. Telephone call with Marc Randazza regarding | 0.90 | 135.00 | PN |
| Mar-20-12 | ▆▆▆▆ Telephone call with D. Oskin regarding deposition scheduling and settlement discussions; review scheduling order; telephone call with client regarding ▆▆▆▆ | 0.50 | 150.00 | SU |
| Mar-22-12 | Telephone call with M. Lurie regarding ▆▆▆▆ telephone call with D. Oskin regarding same. | 0.40 | 120.00 | SU |
| Mar-26-12 | Draft motion for leave to file second MSJ; review docket regarding same; review scheduling order; analyze summary judgment motion regarding outstanding claims and counterclaims. | 3.50 | 1,050.00 | SU |
| Mar-27-12 | Continue drafting motion for leave to file second MSJ; ▆▆▆▆ telephones call with M. Lurie regarding ▆▆▆▆ draft Lurie declaration; legal research and review of cases regarding motion. | 2.00 | 600.00 | SU |
| Mar-29-12 | ▆▆▆▆ call with M. Lurie regarding ▆▆▆▆ review court orders regarding motion for summary judgment and motion for leave to file second MSJ. | 0.50 | 150.00 | SU |
| Mar-30-12 | Lengthy telephone call with M. Lurie regarding ▆▆▆▆ | 0.30 | 90.00 | SU |
|  | Totals | 20.10 | $5,415.00 |  |

## DISBURSEMENTS

| Mar-15-12 | Photocopy Expense | 0.90 |
|---|---|---|
| Mar-31-12 | Westlaw Research | 97.42 |
|  | Totals | $98.32 |

|  |  |  |
|---|---|---|
| **Total Fee & Disbursements** |  | **$5,513.32** |
| Previous Balance |  | 8,131.15 |
| Previous Payments |  | 8,131.15 |

**Balance Now Due**                                        **$5,513.32**

Taxpayer I.D. No.        20-8207839

## PAYMENT DETAILS

| Date | Description | Amount |
|---|---|---|
| Mar-01-12 | Payment for invoice: 1699 | 7,500.00 |
| Mar-13-12 | For Services Rendered | 631.15 |

**Total Payments**                                        **$8,131.15**

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255

Marc Lurie

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

May 2, 2012

|  |  |
|---|---|
| File #: | 1096-002 |
| Inv #: | 1738 |

**Attention:** Marc Lurie

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-02-12 | Telephone call with D. Oskin regarding discovery issues. | 0.10 | 30.00 | SU |
|  | Review Court's order regarding Defendant's deadline to object to Motion for Leave to File Second Motion for Summary Judgment. Review Defendant's Opposition to Motion for Leave to File Second MSJ. Review Court's Order Granting Leave to file Second MSJ. Review Court's Order ruling on motions. | 0.40 | 60.00 | PN |
| Apr-03-12 | Draft letter regarding responses to interrogatories and requests for production; legal research and review of cases regarding interrogatories; review responses regarding same. | 2.50 | 750.00 | SU |
| Apr-04-12 | Revise letter to D. Oskin regarding discovery dispute; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ telephone call with M. Randazza regarding ▉▉▉▉▉▉▉ | 0.70 | 210.00 | SU |
|  | Review Defendant's Responses to Second Set of Interrogatories and Responses to Second Set of Request for Production of Documents. Review of discs provided by Lurie Dropbox, Oskin Dropbox and Randazza Group to double check for copy of Defendant's initial disclosure statement and document productions. Telephone call to Randazza Group re ▉▉▉▉ | 0.50 | 75.00 | PN |
| Apr-09-12 | Review letter to Indiana Bar; telephone calls with M. Lurie regarding ▉▉▉▉▉▉▉▉▉▉▉▉▉ draft letter to D. Oskin regarding settlement offer. | 0.40 | 120.00 | SU |
| Apr-10-12 | Begin drat motion of for summary judgment, including legal argument regarding trademark infringement; legal research and review of cases regarding same. | 2.80 | 840.00 | SU |

| Date | Description | Hours | Amount | Init |
|------|-------------|-------|--------|------|
| Apr-11-12 | Telephone call with D. Oskin regarding discovery. | 0.20 | 60.00 | SU |
| | Review of system and court filings for signed affidavits/declarations. | 0.90 | N/C | PN |
| Apr-12-12 | Review and process copy of Defendant's initial 26.1 disclosure statement into system. Prepare schedule of affidavits/declarations. | 0.70 | N/C | PN |
| Apr-16-12 | Legal research and review of cases regarding use of mark and consumer confusion, troika test, Sleekcraft factors; review pleadings regarding same; draft motion for summary judgment regarding same; begin draft of ACPA argument; legal research and review of cases regarding same; review Lurie deposition transcript regarding same. | 6.50 | 1,950.00 | SU |
| Apr-17-12 | Continue drafting motion for summary judgment; legal research and review of cases regarding same; email correspondence with D. Oskin regarding discovery issues; telephone call with J. Elliott regarding declaration; prepare Elliott declaration. | 9.50 | 2,850.00 | SU |
| | Internet research re Airfx LLC customer base and conference with SU re same. Review of non-uniform interrogatory responses regarding marketing of AirFX LLC business. Review of client documents for receipts relating to original purchase of airfx.com. | 1.20 | 180.00 | PN |
| Apr-18-12 | Revise Elliott declaration; review and revise Barlow and Sbrock declarations; complete draft of motion for summary judgment and legal research and review of cases regarding same. | 3.50 | 1,050.00 | SU |
| | Review of Scheduling Order. Email to client re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Review of client production re WhoIs reports. Telephone call with client re: ▮▮▮▮▮ | 0.40 | 60.00 | PN |
| Apr-19-12 | Review two sets of client revisions to motion for summary judgment. | 0.40 | 120.00 | SU |
| Apr-20-12 | Draft separate statement of undisputed material facts; draft Lurie declaration; telephone call with J. Elliott regarding declaration; multiple telephone calls with client; review certain exhibits. | 7.50 | 2,250.00 | SU |
| Apr-22-12 | Review and revise motion for summary judgment; prepare Urias declaration; review and revise separate statement of undisputed facts; review rules regarding same; prepare exhibits to separate statement (Exhibits A-I) and exhibits to declarations. | 5.20 | 1,560.00 | SU |
| Apr-23-12 | Detailed review of Statement of Facts in support of Motion for Summary Judgment and Exhibits thereto. Review examples of companies using AirFX ▮▮▮▮▮ ▮▮▮▮▮ Review Deloitte's 2009 Technology Fast 500 brochure. Bates label Deloitte Report and NAF Decision. Telephone call with client re ▮▮▮▮▮ | 3.50 | 525.00 | PN |

████████████ and conference with SU re ████████
Revise Declaration of Lurie and e-mail ████ client
████████████ Prepare proposed form of Order
Granting MSJ.  Prepare initial draft of 1st supplemental
disclosure statement.

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Apr-24-12 | Revise separate statement of facts and motion for summary judgment; review additional exhibits. | 1.20 | 360.00 | SU |
|  | Review of draft letter to Jillian Elliott and email to SU ████████ Finalize letter to Elliott and email same. Review revised Declaration of Marc Lurie.  Email to David Oskin regarding settlement conference.  Finalize plaintiffs' first supplemental disclosure statement and mail to opposing counsel.  Email copy of disclosure statement to client.  Review of motion for summary judgment ████████ and compare cites to Statement of Facts.  Review of responsive email from Jillian Elliott and email to Ms. Elliott a copy of the amended declaration previously sent.  Review of responsive email from Elliott and attempts to locate final version of declaration and forward to Elliott.  Review and process Exhibits A-I into system. | 2.00 | 300.00 | PN |
| Apr-25-12 | Review of final MSJ and compare to SOF.  Scan changes and email to SU ████████ | 0.40 | N/C | PN |
| Apr-26-12 | Finalize MSJ and SOF. | 0.80 | 240.00 | SU |
|  | Final review of motion for summary judgment and double check citations to SOF.  Revise statement of facts to include references to Fink Deposition.  Prepare Exhibit J with appropriate citations from  Fink Depo.  Telephone call with client. ████████████ Make changes requested by client to MSJ and SOF and then edit/revise to fit within 17 page limitation.  E-file documents with court  and numerous telephone calls with ECF re instructions to file exhibits (2 hours)(no charge). | 2.00 | 300.00 | PN |
| Apr-30-12 | Telephone call with client.  Conference with SU re ████████ Retrieve and process production from Jillian Elliott into system and email ████████ to client.  Retrieve and process copies of docket nos. 87, 87-1, 88, 89, 89-1, 89-2, 90, 91, 91-1, 91-2, 91-3, 91-4 and 91-5 into system and email ████████ ████████ to client ████ | 1.30 | 195.00 | PN |
|  | Totals | 54.60 | $14,085.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Apr-30-12 | Photocopy Expense | 99.30 |
|  | Postage Expense | 1.90 |

|  |  |  |
|---|---|---|
| Westlaw Research | 179.77 |  |
| Totals | $280.97 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$14,365.97** |
| Previous Balance | 5,513.32 |
| Previous Payments | 5,513.32 |
| **Balance Now Due** | **$14,365.97** |

Taxpayer I.D. No.       20-8207839

## PAYMENT DETAILS

| | | |
|---|---|---|
| Apr-09-12 | For Services Rendered | 5,513.32 |
| | **Total Payments** | **$5,513.32** |

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255


Marc Lurie                                                           June 6, 2012

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

| | | File #: | 1096-002 |
| | | Inv #: | 1756 |

**Attention:** Marc Lurie

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-03-12 | Draft settlement conference memorandum. | 2.00 | 600.00 | SU |
| | Review of scheduling order to determine estimated length of trial. Locate copy of Indiana State Bar Complaint and related correspondence ▓▓▓▓ Review of SU draft of settlement conference memo and make appropriate edits. Prepare exhibits A-E for Settlement Conference memorandum. | 1.00 | 150.00 | PN |
| May-07-12 | Telephone call with M. Lurie regarding ▓▓▓▓ ▓▓▓▓ review and revise settlement conference memorandum; review exhibits to same. | 0.50 | 150.00 | SU |
| | Review Declarations of David Oskin and Jeffrey Schwindt regarding State Bar complaints. Review of settlement conference memo and make reference to above-described documents as exhibits. Finalize exhibits. Finalize settlement conference memo. Telephone call to Oskin's office regarding same. Email correspondence with judge's assistant regarding same. | 1.00 | 150.00 | PN |
| May-08-12 | Review defendant's settlement conference memorandum. | 0.20 | 60.00 | SU |
| May-11-12 | Review motion to seal deposition transcript and supporting papers; draft opposition; review defendant's response to motion for summary judgment and supporting papers. | 1.50 | 450.00 | SU |
| May-14-12 | Attend settlement conference; review and revise opposition to motion to seal deposition transcript. | 2.70 | 810.00 | SU |
| May-15-12 | Review client's changes to opposition to motion to seal; draft Lurie declaration regarding same; finalize same. | 0.50 | 150.00 | SU |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| | Review of opposition to motion to file documents under seal and supporting declaration of Lurie re same. Finalize same and efile with Court. | 0.40 | 60.00 | PN |
| May-16-12 | Telephone call with M. Lurie regarding ▮▮▮▮ telephone call with D. Oskin regarding witness disclosure. | 0.20 | N/C | SU |
| May-18-12 | Begin draft of reply memorandum in support of motion for summary judgment; detailed review of opposing papers. | 2.50 | 750.00 | SU |
| May-21-12 | Draft reply in support of motion for summary judgment; extensive review of separate statement of facts, controverting statement, exhibits, and related pleadings. | 7.80 | 2,340.00 | SU |
| May-22-12 | Continue drafting and finalize reply in support of motion for summary judgment; prepare Randazza Group declaration and email correspondence with M. Randazza regarding ▮▮▮work on draft of Plaintiffs' controverting statement of facts. | 2.80 | 840.00 | SU |
| | Review of hearing transcript, court orders and scheduling order for ▮▮▮▮▮▮▮ | 0.30 | N/C | PN |
| May-23-12 | Draft controverting statement to defendant's statement of facts; review evidence regarding same, including declarations, deposition testimony, documents produced and written discovery responses; legal research and review of cases regarding bad faith element of cybersquatting; revise M. Randazza declaration; prepare Urias supplemental declaration; begin draft of opposition to defendant's motion for summary judgment. | 7.50 | 2,250.00 | SU |
| May-24-12 | Finalize reply memorandum in support of motion for summary judgment; finalize declarations to file with same; review exhibits; continue drafting opposition to motion for summary judgment and separate statement of controverting facts. | 6.00 | 1,800.00 | SU |
| | Review and finalize Reply in Support of MSJ and accompanying Declarations of Urias, Randazza, DeVoy and Fischer. Prepare exhibits for declarations. E-file same with court. | 3.10 | 465.00 | PN |
| May-29-12 | TC with M. Lurie regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮revise supplemental Lurie declaration and revise same. | 0.50 | 150.00 | SU |
| May-30-12 | Review and revise controverting statement of facts, opposition to motion for summary judgment and supplemental Lurie declaration. | 1.50 | 450.00 | SU |
| May-31-12 | Review, revise and finalize supplemental Lurie declaration, opposition to MSJ, controverting statement of facts and exhibits; telephone call with M. Lurie regarding ▮▮▮▮ | 1.50 | 450.00 | SU |

| | | | |
|---|---|---|---|
| Finalize response to AirFX MSJ and e-file same with court. Update document management system with due date of AirFX reply. | 0.60 | N/C | PN |
| Totals | 44.10 | $12,075.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| May-24-12 | Photocopy Expense (NC) | 0.00 |
| | Attorney Service Fees | 28.34 |
| May-31-12 | Westlaw Research (NC) | 0.00 |
| | Totals | $28.34 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$12,103.34** |
| Previous Balance | 14,365.97 |
| Previous Payments | 14,365.97 |
| **Balance Now Due** | **$12,103.34** |

Taxpayer I.D. No.    20-8207839

# PAYMENT DETAILS

| | | |
|---|---|---|
| May-14-12 | For Services Rendered | 14,365.97 |
| | **Total Payments** | **$14,365.97** |

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255

Marc Lurie

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

September 4, 2012

| | | |
|---|---|---|
| | File #: | 1096-002 |
| **Attention:** Marc Lurie | Inv #: | 1780 |

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-24-12 | Review court order granting motion for summary judgment and judgment; telephone call with client regarding ▮ | 0.60 | 180.00 | SU |
| Aug-27-12 | Review Court's Order Denying Motion to Seal, Denying Def's MSJ and Granting Pl's MSJ. Review Court's Judgment and update document management system with date of entry of judgment and association of related docket items, including deadline to file notice of appeal and deadline to file motion for attorney's fees & costs. Research regarding Godaddy.com transfer issue; telephone call with GoDaddy regarding same. Prepare draft of letter to Godaddy regarding judgment. | 1.60 | 240.00 | PN |
| Aug-28-12 | Review rules regarding motion for attorneys' fees; telephone call with M. Lurie regarding ▮ research regarding motion; strategy regarding motion; emails to M. Randazza regarding ▮ | 1.20 | 360.00 | SU |
| | Finalize letter to Godaddy.com. | 0.20 | 30.00 | PN |
| Aug-30-12 | Telephone calls with M. Lurie regarding ▮ ▮ draft email correspondence to M. Randazza regarding ▮ review of cases and rules regarding enforcement of judgment and motion for attorneys' fees. | 2.10 | 630.00 | SU |
| | Totals | 5.70 | $1,440.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Aug-28-12 | Westlaw Research | 77.36 |

| | |
|---|---|
| Totals | $77.36 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,517.36** |
| Previous Balance | 12,103.34 |
| Previous Payments | 12,103.34 |
| **Balance Now Due** | **$1,517.36** |

Taxpayer I.D. No.        20-8207839

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jun-29-12 | For Services Rendered | 12,103.34 |
| | **Total Payments** | **$12,103.34** |

# Urias Law Offices, PLLC

8585 E. Hartford Drive, Suite 800
Scottsdale, AZ 85255

Marc Lurie

October 2, 2012

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

| | |
|---|---|
| File #: | 1096-002 |
| Inv #: | 1802 |

**Attention:** Marc Lurie

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-30-12 | Review of email from SU to Randazza. Review of email from Godaddy.com acknowledging receipt of Judgment. | 0.20 | N/C | PN |
| Sep-04-12 | Telephone call with M. Lurie regarding ▇▇▇▇ ▇▇▇▇▇ email correspondence with M. Randazza regarding ▇▇▇ | 0.80 | 240.00 | SU |
| Sep-05-12 | Review rules and form for bill of costs; fill out same; email correspondence with client regarding ▇▇▇▇ review taxable costs; legal research regarding same; draft motion for attorneys' fees; legal research regarding same; extensive telephone calls with M. Lurie regarding ▇▇▇ telephone call to M. Randazza's paralegal regarding ▇▇▇ | 2.00 | 600.00 | SU |
| | Review of email communications from Marc Randazza re▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Review of file for Conference with SU ▇▇▇▇▇▇ | 0.80 | N/C | PN |
| Sep-06-12 | Continue drafting motion for attorneys' fees; legal research and review of cases regarding section 1927 fees and extraordinary case fees; telephone call with D. Quinterri regarding Randazza's fees; telephone calls with M. Lurie regarding ▇▇▇ | 1.50 | 450.00 | SU |
| | Prepare itemization of costs to accompany Bill of Costs. | 0.20 | 30.00 | PN |
| Sep-07-12 | Review and finalize bill of costs; telephone calls with M. Lurie regarding ▇▇▇▇▇▇ telephone call with D. Quinterri regarding fees. | 2.80 | 840.00 | SU |

| Sep-10-12 | Conference with SU regarding ████████ ████████ Conference with SU regarding ████ | 0.40 | N/C | PN |
| | Review and process filed copies of bill of costs and motion for attorneys' fees and proposed form of order into system. | | | |
| Sep-12-12 | Review of Local Rules for requirements on supporting documents re fee application. Review of file for retainer agreements. (NC) Prepare initial draft of Statement of Consultation per Local Rule 54.2(d)(1). Prepare initial draft of Urias Affidavit per Local Rule 54.2(d)(4). Telephone call with client re████████ | 0.50 | 75.00 | PN |
| | Review of Local Rules for requirements on supporting documents re fee application. Review of file for retainer agreements. (NC) Email to client ████████ ████████ Prepare initial draft of Statement of Consultation per Local Rule 54.2(d)(1). Prepare initial draft of Urias Affidavit per Local Rule 54.2(d)(4). Telephone call with client ████████ | 1.10 | 165.00 | PN |
| Sep-13-12 | Print copies of Urias Law Offices billing statements and review of same for ████████ Conference with SU re████ Prepare separate Affidavit for signature by Marc Randazza regarding reasonableness of fees. | 1.70 | 255.00 | PN |
| Sep-24-12 | Review opposition to bill of costs and supporting documents; telephone call with M. Lurie regarding ████████ | 0.40 | 120.00 | SU |
| Sep-26-12 | Review of court docket to determine if a notice of appeal of judgment was filed by Defendants. | 0.10 | N/C | PN |
| Sep-27-12 | Telephone call with court clerk and judicial assistant regarding reply in support of bill of costs; review opposition to bill of costs and legal authority in support of same. | 1.10 | 330.00 | SU |
| | E-mail correspondence to client ████████ ████████ | 0.10 | N/C | PN |
| | Totals | 13.70 | $3,105.00 | |

## DISBURSEMENTS

| Sep-06-12 | Westlaw Research | 379.00 |
| Sep-25-12 | Photocopy Expense | 29.40 |
| | Totals | $408.40 |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$3,513.40** |
| Previous Balance | 1,517.36 |
| Previous Payments | 1,517.36 |
| | |
| **Balance Now Due** | **$3,513.40** |

Taxpayer I.D. No.        20-8207839

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Sep-10-12 | For Services Rendered | 1,517.36 |
| | **Total Payments** | **$1,517.36** |

Marc Lurie

3527 Mt Diablo Blvd, Suite 298
Lafayette, California
94549-3815

October 23, 2012

|  |  |
|---|---|
| File #: | 1096-002 |
| Inv #: | Sample |

**Attention:** Marc Lurie

**RE:** AIRFX.com v. AIRFX, LLC

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-01-12 | Draft reply in support of bill of costs; legal research and review of cases regarding same. | 1.50 | 450.00 | SU |
| Oct-02-12 | DESC ONLY - Finalize reply in support of bill of costs and e-file same with court. | 0.30 | N/C | PN |
| Oct-04-12 | DESC ONLY - Telephone call with Judge Martone's office to confirm that both the pretrial conference and the trial dates have been removed from the court calendar and update document management system with notation re same. | 0.20 | N/C | PN |
| Oct-09-12 | Review and redact billing statements for privileged material; telephone call with M. Lurie regarding ~~████████~~ repare portions of Urias Affidavit to comply with Local Rule regarding attorney affidavit for fee application; begin draft of memorandum of points and authorities regarding motion for fees; legal research and reveiw of cases regarding extraordinary case fees. | 3.20 | 960.00 | SU |
|  | DESC ONLY - Process redacted invoices of Urias Law Offices PLLC into system.  Conference with SU regarding non-taxable costs.  Review of client billing logs. | 0.30 | N/C | PN |
| Oct-10-12 | Email correspondence with D. Oskin regarding personal consultation; continue draft of memorandum of points and authorities; continue legal research regarding exceptional cases under the Lanham Act. | 2.80 | 840.00 | SU |
| Oct-11-12 | Multiple telephone calls with M. Lurie regarding ~~████~~ ~~████████~~ telephone call with D. Oskin regarding motion; draft factual section of memorandum in support of fees; review court docket regarding documents misfiled by Defendant; review court orders regarding Defendant's | 3.50 | 1,050.00 | SU |

violations of rules; review notes from client regarding ~~████~~ email correspondence to M. Randazza and counsel regarding ~~████~~

| | | | | |
|---|---|---|---|---|
| | DESC ONLY - Conference with SU regarding motion for fees and costs. | 0.20 | N/C | PN |
| Oct-13-12 | Draft factual portion of memorandum; review court orders regarding filings; review various correspondence and client documents regarding same; email correspondence with client regarding memorandum. | 2.30 | 690.00 | SU |
| Oct-15-12 | Telephone call with client regarding ~~██████~~ revise factual section of memorandum; review file regarding Haigh's invovement in lawsuit; work on legal argument section, including organization; review of cases regarding exceptional cases and grounds for same. | 2.80 | 840.00 | SU |
| Oct-16-12 | Continue working on legal argument section of memorandum in support of motion for fees; review cases regarding exceptional cases and grounds for same; telephone call with M. Lurie regarding ~~██████~~; email correspondence with M. Randazza's counsel regarding ~~████~~ | 1.20 | 360.00 | SU |
| Oct-17-12 | Continue drafting legal argument section of memorandum of points and authorities; research regarding assessment of fees against counsel; review and redact Randazza invoices (nc); strategy regarding Randazza fee request (nc); email correspondence with client regarding ~~████~~ | 2.00 | 600.00 | SU |
| Oct-18-12 | DESC ONLY - Review revisions to memorandum of points and authorities from client; further revisions to memorandum of points and authorities; further review of MSJ papers regarding same. | 1.00 | N/C | SU |
| Oct-19-12 | Revise Urias affidvit and calculations regarding fees from Randazza and Urias firms; further revisions to memorandum in support of fee motion; telephone calls with M. Lurie regarding ~~████~~ review Randazza affidavit and attachments. | 2.20 | 660.00 | SU |
| Oct-22-12 | Continue review and revision of memorandum of points and authorities; revise Urias affidavit in support of fees; prepare disbursement records (including redactions) for filing with memorandum; review Local Rules regarding required submissions; telephone calls with M. Lurie regarding ~~████~~ review exhibits for privilege; more revisions to memorandum of points and authorities; legal research and review of cases regarding Rule 11 and sua sponte authority of court to sanction; revise separate statement of counsel regarding efforts to resolve dispute and review notes regarding teleconference with D. Oskin; telephone call with M. Randazza's assistant regarding ~~████~~ ~~████~~ (nc). | 5.20 | 1,560.00 | SU |

Review of memorandum of points and authorities in support of motion for attorney's fees for citations to exhibits and th record; revise same.  Insert appropriate exhibits numbers into memorandum.  Gather and assemble exhibits A-P.  Email communications with client regarding ▓▓▓▓▓▓▓▓ 4.40   660.00   PN

▓▓▓▓▓▓▓▓▓▓▓▓▓▓eview Randazza affidavit re fees and accompanying exhibits A-J.  Revise Urias Statement of Consultation.  Revise Urias Affidavit in support of fees.  Calculate total non-taxable costs.

| | | |
|---|---|---|
| Totals | 33.10 | $8,670.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,670.00** |
| Previous Balance | 3,513.40 |
| Previous Payments | 3,513.40 |
| **Balance Now Due** | **$8,670.00** |

Taxpayer I.D. No.   20-8207839

## PAYMENT DETAILS

| | | |
|---|---|---|
| Oct-09-12 | For Services Rendered | 3,513.40 |
| **Total Payments** | | **$3,513.40** |